**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| CAROL ABRUZZESE | ) | |
|     Plaintiff, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 1:13-cv-11689-RWZ |
|  | ) | |
| CAVALRY PORTFOLIO SERVICES, INC., et al. | ) | |
|     Defendants, | ) | |

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF CAROL ABRUZZESE AND DEFENDANT TRANSUNION.**

NOTICE IS HEREBY GIVEN that the parties, Plaintiff Carol Abruzzese, and Defendant TransUnion, only, have reached a settlement. The Plaintiff anticipates filing a notice of voluntary dismissal of this action, with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated:  September 3, 2013    RESPECTFULLY SUBMITTED,

                /s/Kevin Crick
                Kevin Crick, Esq.
                Consumer Rights Law Firm, PLLC
                231 Sutton Square, Suite 1A
                North Andover, MA 01845
                Telephone: (978) 420-4747
                Fax: (978) 409-1846
                Email: kevinc@consumerlawfirmcenter.com
                ATTORNEY FOR PLAINTIFF

                /s/Kevin J. Buckley, Jr.
                Kevin J. Buckley, Jr., Esq.
                Consumer Rights Law Firm, PLLC
                231 Sutton Square, Suite 1A
                North Andover, MA 01845
                Telephone: (978) 212-3300
                Fax: (978) 409-1846
                Email: attorneykevinb@consumerlawfirmcenter.com
                ATTORNEY FOR PLAINTIFF

**PROOF OF SERVICE**

       I hereby certify that on September 3, 2013, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

                                                    /s/ Kevin Crick, Esq.

                                                    /s/ Kevin J. Buckley, Jr., Esq.