UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAROL ABRUZZESE )<br>Plaintiff, )<br> )<br>v. )<br> )<br>CAVALRY PORTFOLIO )<br>SERVICES, INC., et al. )<br>Defendants, )<br> ) | Civil Action No. 1:13-cv-11689-RWZ |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DIMISSSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)**

Carol Abruzzese ("Plaintiff"), by Plaintiff's attorneys, hereby withdraws the complaint and voluntarily dismisses this action against Defendant Cavalry Portfolio Services, Inc., only, with prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

|  | RESPECTFULLY SUBMITTED, |
|---|---|
| Dated:  October 3, 2013 | /s/Kevin V. K. Crick<br>Kevin V. K. Crick, Esq.<br>Kevin J. Buckley, Jr., Esq.<br>Consumer Rights Law Firm, PLLC<br>231 Sutton Square, Suite 1A<br>North Andover, MA 01845<br>Telephone: (978) 420-4747<br>Fax: (978) 409-1846<br>Email: kevinc@consumerlawfirmcenter.com<br>Email: attorneykevinb@consumerlawfirmcenter.com<br>ATTORNEYS FOR PLAINTIFF |

2

## **PROOF OF SERVICE**

      I hereby certify that on October 3, 2013, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

      /s/ Kevin V. K. Crick, Esq.

      /s/ Kevin J. Buckley, Jr., Esq.